# JANUARY 1984 CALENDAR

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. JULIA D. ARBGAST, Defendant.

## DECISION

No. DC-81-107

The application of the above-named defendant for a review of the sentence of 5 years with 3 years suspended imposed on April 4, 19883, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 3 years deferred. The amendment in sentence makes the sentence more consistent with similar transactions in that area during the time this particular crime was committed. This Board finds that the Parole Officer also recommended a deferred imposition of sentence.

We wish to thank Ann German, Attorney from Libby, for her assistance to the Defendant and to this court.

DATED this 6th day of January 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Chairman; Mark Sullivan, John Henson.

From: The District Court of the Eighteenth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. RICHARD R. CHAUVIN, Defendant.

## DECISION

No. DC-83-85A

The application of the above-named defendant for a review of the sentence of 3 years imposed on September 26, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 3 years with 2 years suspended, and the Defendant is to make restitution of $1,000 within 6 months, and the balance within one year of release. The Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

Reason for the amendment are: